UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **MELANIE LEWIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 2:18-cv-00029 |
| | ) |
| **JEFFREY SHELTON, in his individual capacity** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

In this civil rights action, Magistrate Judge Frensley has issued a Report and Recommendation (Doc. No. 36) in which he recommends that Defendant's unopposed Motion for Summary Judgment (Doc. No. 28) be granted because (1) Plaintiff's claims are barred by the statute of limitations; (2) Defendant is entitled to qualified immunity; and (3) Plaintiff cannot establish that she suffered a constitutional deprivation. No objections have been filed.

Upon *de novo* review under Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The Report and Recommendation (Doc. No. 36) is **APPROVED**;

(2) Defendant's Motion for Summary Judgment (Doc. No. 28) is **GRANTED**;

(3) The Motions in Limine and to Ascertain Status (Doc. Nos. 32, 33, 34, 35) are **DENIED AS MOOT**; and

(4) The Pretrial Conference Scheduled for August 24, 2020 at 3:00 p.m., and the trial scheduled to being on September 1, 2020 are **CANCELLED.**

The Clerk shall enter a final judgment in accordance with Rule 58 of the Federal Rules of

Civil Procedure and close this case.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE